**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:
RICHARD EARL MCNEIL
IRENE MCNEIL
Debtor(s)

Case No. 10-45405

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/11/2010.

2) The plan was confirmed on 12/23/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 07/09/2014.

6) Number of months from filing to last payment: 45.

7) Number of months case was pending: 48.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $6,720.00.

10) Amount of unsecured claims discharged without payment: $65,672.69.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $35,263.18 | |
| Less amount refunded to debtor | $388.18 | |
| **NET RECEIPTS:** | | **$34,875.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,020.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $1,474.35 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,494.35** |

Attorney fees paid and disclosed by debtor: $480.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ALLIANCEONE RECEIVABLES MGMT | Unsecured | 137.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLIANCEONE RECEIVABLES MGMT | Unsecured | 767.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCEONE RECEIVABLES MGMT | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCEONE RECEIVABLES MGMT | Unsecured | 164.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS | Unsecured | 761.00 | NA | NA | 0.00 | 0.00 |
| ARMOR SYSTEMS CORP | Unsecured | 16,178.00 | NA | NA | 0.00 | 0.00 |
| ASPEN MASTERCARD | Unsecured | 705.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 521.00 | 521.65 | 521.65 | 150.13 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 353.00 | 353.52 | 353.52 | 101.74 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | NA | 780.58 | 780.58 | 224.65 | 0.00 |
| BLACKHAWK APARTMENTS | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| BUR COL RECO | Unsecured | 964.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICE LLC | Unsecured | 911.00 | 915.20 | 915.20 | 263.39 | 0.00 |
| CBE GROUP | Unsecured | 1,170.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 347.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| CREDIT UNION 1 | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 1,146.00 | NA | NA | 0.00 | 0.00 |
| DILIGENTSIA CAPITAL GROUP LLC | Unsecured | 520.00 | 720.00 | 720.00 | 207.21 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 891.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| FRANKLIN COLLECTION SERVICES | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 8,678.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 348.00 | 685.95 | 685.95 | 197.41 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 1,200.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| JAMES M KISS LTD PC | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,549.00 | 1,356.43 | 1,356.43 | 390.37 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 547.00 | 369.15 | 369.15 | 106.24 | 0.00 |
| JW STEWART | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| MEADOWDALE MANAGEMENT CO | Unsecured | 411.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 257.00 | NA | NA | 0.00 | 0.00 |
| METABANK | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 762.00 | 779.17 | 779.17 | 224.24 | 0.00 |
| NATIONAL CITY BANK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST COLLECTORS | Unsecured | 941.00 | NA | NA | 0.00 | 0.00 |
| OVERLAND BOND & INVESTMENT | Secured | 4,225.00 | 4,225.00 | 4,225.00 | 4,225.00 | 188.47 |
| OVERLAND BOND & INVESTMENT | Unsecured | NA | 3,097.70 | 3,097.70 | 891.50 | 0.00 |
| PINNACLE CREDIT SERVICES | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 701.00 | 680.59 | 680.59 | 195.87 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 503.00 | 503.72 | 503.72 | 144.97 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 663.00 | 663.89 | 663.89 | 191.06 | 0.00 |
| REGIONAL ACCEPTANCE CORPORA' | Secured | 14,037.00 | 14,037.00 | 14,037.00 | 14,037.00 | 933.64 |
| REGIONAL ACCEPTANCE CORPORA' | Unsecured | NA | 6,183.02 | 6,183.02 | 1,779.44 | 0.00 |
| SANDPOINT CAPITAL | Unsecured | 2,318.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SQUIRE VILLAGE | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 891.00 | 490.63 | 490.63 | 141.20 | 0.00 |
| TCF BANK | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| THE MOBILE SOLUTION | Unsecured | 250.00 | 250.00 | 250.00 | 71.95 | 0.00 |
| US BANK | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 926.00 | 741.16 | 741.16 | 213.30 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 10,471.00 | 10,539.40 | 10,539.40 | 3,033.19 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 8,533.00 | 8,577.92 | 8,577.92 | 2,468.68 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $18,262.00 | $18,262.00 | $1,122.11 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$18,262.00** | **$18,262.00** | **$1,122.11** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$38,209.68** | **$10,996.54** | **$0.00** |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $4,494.35 | |
| Disbursements to Creditors | $30,380.65 | |
| **TOTAL DISBURSEMENTS** : | | **$34,875.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 10/06/2014 By: /s/ Glenn Stearns

Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.